Ruffin, C. J.
 

 The evidence does not suppport either count. The declaration is of a debt of $932 80, and that
 
 *120
 
 the $93 was to be paid and was paid
 
 for
 
 the forbearance of
 
 that sum;
 
 whereas it includes the sum of $80, which was agreed to be paid for the original loan of $806, and the forbearance of this latter sum. The bond for $93, then, was not the price of the forbearance of $932 80, from the time the new securities were given; but part of it, if not the whole, was the price of the past forbearance of the $800 from the time of the loan of that sum up to the giving of the substituted bonds. The plaintiff did not prove the contract as laid in either count, and was therefore properly nonsuited.
 

 Per Curiam. Judgment affirmed.